UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CONNIE BIGELOW,

Defendant.

Case No. 19-CR-242-RSL

ORDER DENYING MOTION TO WITHDRAW

This matter comes before the Court on attorney Kevin Trombold's "Motion to Withdraw." Dkt. #9. For the foregoing reasons, the Court DENIES the motion without prejudice for failure to comply with this district's local rules.

Mr. Trombold moves to withdraw as defendant's retained counsel, and to be replaced by appointed counsel. LCR 83.2 requires that a motion for substitution of counsel in a criminal case be filed in compliance with the requirements of CrR 5(g). CrR 5(g)(4) sets out the proper procedure for relief from representation. Id. Pursuant to LCR 83.2(b)(1), Mr. Trombold's motion must also "include a certification that [it] was served on the client and opposing counsel."

For all the foregoing reasons, Mr. Trombold's motion is not in compliance with the local rules. It is therefore DENIED without prejudice.

//
//
//

ORDER DENYING MOTION TO WITHDRAW - 1

DATED this 4th day of December, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO WITHDRAW - 2