THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CONNIE L. BIGELOW, <br><br> Defendant. | No. CR19-242-RSL <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |

THE COURT has considered the stipulated motion of the parties for a three-week extension of the pretrial motions due date, along with all the records in this case.

IT IS NOW ORDERED that the due date for pretrial motions is extended from September 2 to September 23, 2021.

DONE this __2nd__ day of September 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Connie Bigelow

ORDER TO CONTINUE
PRETRIAL MOTIONS DUE DATE
(*United States v. Bigelow*, CR19-242-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100