Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CONNIE L. BIGELOW,<br><br>Defendant. | NO. CR 19-242 RSL<br><br>ORDER TO AMEND JUDGMENT AND STRIKE RESTITUTION HEARING |

THE COURT, having considered the stipulated motion of the parties requesting entry of an Amended Judgment, finds entry of the requested Amended Judgment and Restitution Order appropriate in this case.

IT IS ORDERED that the Amended Judgment shall be entered.

//
//
//
//
//
//
//

Order to Amend Judgment and Strike Restitution Hearing - 1
*United States v. Bigelow* / CR 19-242 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the restitution hearing set for March 17, 2022 is STRICKEN.

DATED this \_\_11th\_\_ day of March, 2022.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Amy Jaquette*
AMY JAQUETTE
Assistant United States Attorney

Order to Amend Judgment and Strike Restitution Hearing - 2
*United States v. Bigelow* / CR 19-242 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970