Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CONNIE L. BIGELOW,<br><br>Defendant. | NO. CR 19-242 RSL<br><br>ORDER TO AMEND JUDGMENT |

THE COURT, having considered the stipulated second motion of the parties requesting the entry of a second Amended Judgment, finds entry of the requested Amended Judgment and Restitution Order appropriate in this case.

//
//
//
//
//
//
//
//

Order to Amend Judgment - 1
*United States v. Bigelow* / CR 19-242 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS ORDERED that the Amended Judgment shall be entered.

DATED this  23rd  day of March, 2022.

*signature*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Amy Jaquette*
AMY JAQUETTE
Assistant United States Attorney

Order to Amend Judgment - 2
*United States v. Bigelow* / CR 19-242 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970